A. H. D'Alemberte, G. W. Ward, J. R. Wells, Tom Shuler, J. F. Shuler, Milton Pledger and C. D. Clark, Petitioners, v. John W. Malone, Judge of the Second Judicial Circuit of Florida, and Dannett H. Mays, Respondents. Petition for Prohibition.

(Supreme Court of Florida, En Banc, October 20, 1908.)

Original proceeding by petition for Prohibition filed by petitioners and dismissed on praecipe of attorneys for petitioners.

Reeves & Watson for petitioners.